**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TIARA CARSWELL**

      **Plaintiff,**

**v.**                                **Case No.: 8:23-cv-2574**

**SHANER OPERATING CORPORATION,**

      **Defendant.**
_____/

**DEFENDANT SHANER OPERATING CORPORATION'S
<u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that on November 13, 2023, SHANER OPERATING CORPORATION ("Defendant"), in accordance with Title 28 of the United States Code §§ 1331, 1441(a) and 1446, the applicable Federal Rules of Civil Procedure and Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, files this Notice of Removal of the civil action filed by Plaintiff, Tiara Carswell ("Plaintiff") in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (Case No. 2023-CA-015383), because there is a federal question at issue. The grounds for removal of this civil action are set forth below.

## Introduction

Plaintiff initiated this civil action in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, under the name and style, *Tiara Carswell* (hereinafter the "Circuit Court Case") on or about September 21, 2023.  The Circuit Court Case was assigned Case Number 2023-CA-01353.  A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind on file in the Circuit Court Case are attached as **Composite Exhibit "A"** and are incorporated herein by reference.

## Timeliness of Removal

Plaintiff served Defendant on October 11, 2023. Defendant filed this notice of removal within thirty (30) days of service of Plaintiff's Complaint as required under 28 U.S.C. Section 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344 (1999) (holding thirty-day removal period begins to run when the Defendant is formally served).

## Federal Question

Plaintiff's Complaint seeks relief for alleged violations of Title VII of the Civil Rights Act of 1968, 42 U.S.C. § 1981, and the Americans with Disabilities Act. This action is removable to federal court pursuant to 28 U.S.C. Section 1441(a) because it could have been filed originally in this Court pursuant to the

federal question jurisdiction conferred by 28 U.S.C. Section 1331.  Specifically, jurisdiction under 28 U.S.C. Section 1331 exists because a federal question appears "on the face of the plaintiff's properly pleaded complaint."  *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).    Included within **Composite Exhibit "A"** is a true and correct copy of the complaint served upon Defendant.

## Judicial District

The Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida is located within the United States District Court for the Middle District of Florida, Tampa Division. Thus, venue is proper in this Court because it is "the district and division embracing the place where the action is pending," 28 U.S.C. § 1441(a), and removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

## Filing of Removal Papers

Pursuant to 28 U.S.C. Section 1446(d), written notice of the removal of this action will be promptly served to Plaintiff's counsel and a Notice of Filing Notice of Removal is simultaneously being filed with the Clerk of the Circuit Court in and for Hillsborough County, Florida, a copy of which is attached hereto as **Exhibit "B."**

## Conclusion

Removal is appropriate under 28 U.S.C. Section 1331 because this action could have been filed originally in this Court pursuant to federal question jurisdiction.  This notice of removal is filed within thirty (30) days after service of Plaintiff's Complaint.  Accordingly, this action currently pending in the Circuit Court in and for Hillsborough County, Florida should be removed to the United States District Court for the Middle District of Florida, Tampa Division, and this court should assume full jurisdiction of the case as provided by law.

Dated as of the 13th day of November, 2023.

Respectfully submitted,

**JACKSON LEWIS P.C.**
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Telephone:  (813) 512-3210

By: */s/ Benjamin D. Sharkey*
Benjamin D. Sharkey
Florida Bar No. 389160
Benjamin.Sharkey@jacksonlewis.com
Ryan J. Soscia
Florida Bar No. 1031736
Ryan.Soscia@jacksonlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of November 2023, a true and correct copy of the foregoing pleading has been filed via CM/ECF and served via electronic mail to the following counsel of record:

> Darren McClain, Esq.
> Nelson, Bisconti, & McClain L.L.C.
> 1005 N. Marion St.
> Tampa, FL 33602
> (813) 221-0999
> (813) 314-9626
> dmcclain@tampaemploymentlawyer.com

> */s/Benjamin D. Sharkey*
> Attorney

4891-5907-5465, v. 1